# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE D. BERRY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-403 |
| SUZUKI OF PLYMOUTH MEETING, NICK MORALES, SANTANDER CONSUMER USA, INC. and EAST COAST RECOVERY, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of July 2011, upon consideration of Plaintiff's Motion for Remand (Document No. 18, filed April 26, 2011), Memorandum of Law of Defendant Santander Consumer USA, Inc. in Opposition to Plaintiff's Motion for Remand (Document No. 23, filed May 12, 2011), Defendant Santander Consumer USA, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Document No. 21, filed April 29, 2011), Plaintiff's Response to Defendant Santander Consumer USA, Inc.'s Motion to Dismiss First Amended Complaint and Motion to Strike (Document No. 24, filed May 20, 2011) and Defendant Santander Consumer USA, Inc.'s Reply in Further Support of Its Motion to Dismiss Plaintiff's Amended Complaint (Document No. 25, filed June 7, 2011), for the reasons set forth in the Memorandum dated July 7, 2011, **IT IS ORDERED** as follows:

1. Plaintiff's Motion for Remand (Document No. 18, filed April 26, 2011) is **GRANTED**;

2. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County;[1] and

3. The Clerk of Court shall **MARK** the case **CLOSED** for statistical purposes.

**BY THE COURT:**

_/s/ Jan E. DuBois_
**JAN E. DUBOIS, J.**

---

[1] In view of this disposition, the Court does not decide Defendant Santander Consumer USA, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Document No. 21, filed April 29, 2011).